

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) CASE NO. SV 08-11963-KT |
| M JORJEZIAN INVESTMENTS, | ) CHAPTER 11 |
| Debtor. | ) ORDER DISMISSING BANKRUPTCY CASE |
| | ) Date: May 29, 2008 |
| | ) Time: 11:00 a.m. |
| | ) Place: Courtroom "301" |
| | )     21041 Burbank Blvd. |
| | )     Woodland Hills, CA 91367 |

The above-captioned bankruptcy case was filed on April 1, 2008. On May 20, 2008, the court issued an Order to Show Cause re Dismissal of Case ("Order to Show Cause") for Debtor's failure to file the required documentation. The Order to Show Cause hearing was scheduled for May 29, 2008 at 11:00 a.m. Neither Debtor nor his counsel appeared at the Order to Show Cause hearing.

THEREFORE, IT IS HEREBY ORDERED that this bankruptcy case be

dismissed.

Dated: June 3, 2008

**KATHLEEN THOMPSON**
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

I hereby certify that copies of the ORDER DISMISSING BANKRUPTCY CASE were mailed to the following parties in interest:

DATED: JUN 0 5 2008    JON D. CERETTO
CLERK OF COURT

By: _____
Deputy Clerk

Office of the U.S. Trustee
VIA electronic service

Yeznik O. Kazandjian, Esq.
Law Offices of Yeznik O. Kazandjian
19360 Rinaldi Street, Ste. 505
Porter Ranch, CA 91326

M Jorjezian Investments, Inc.
17425 Chatsworth Street, #202
Granada Hills, CA 91344

Richard W. Brunette, Esq.
Sheppard, Mullin, Richter & Hampton
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071